IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID CREWS, | ) | CIVIL ACTION NO. 3:18-cv-25 |
| | ) | |
| Plaintiff, | ) | JUDGE KIM R. GIBSON |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN WETZEL, Secretary of | ) | |
| Pennsylvania Department of | ) | |
| Corrections, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72. The Magistrate Judge filed a Report and Recommendation on September 13, 2021, recommending that Defendants' motion for summary judgment be granted. (ECF No. 64).

Crews was notified that pursuant to 28 U.S.C. § 636(b)(1), he had fourteen days to file written objections to the Report and Recommendation. To date, no objections have been filed.

After review of the Report and Recommendation (ECF No. 64) and the other documents filed in this case under the applicable "reasoned consideration" standard, *see EEOC V. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of the Magistrate Judge in this matter.

Accordingly, the following order is entered:

**AND NOW**, this 1st day of November, 2021, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 53) is **GRANTED**. The Report and Recommendation is adopted as the opinion of the Court. The Clerk is to mark this case closed.

BY THE COURT:

_____
THE HONORABLE KIM R. GIBSON
UNITED STATES DISTRICT JUDGE

Notice to by U.S. Mail to:

David Crews, DC-0924
S.C.I. Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000